AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

FILED
SEP 13 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Aquiles Perez-Gomera
Plantiff,

v.

Warden, Kinney County Detention Center;
Department of Homeland Security
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-22-CV-0024-AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Because the Court lacks jurisdiction, it is hereby ORDERED that Perez-Gomera's § 2241 petition is DENIED. (ECF No. 4.)

9/13/2023
Date

Phillip J. Devlin
Clerk

(By) Deputy Clerk